UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SHIQIONG HUANG, CHRIS R. STOKOWSKI, EVERETT UHL, MARK J. HEARON and MARY T. PATTERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRINET HR III, INC., TRINET HR IV, INC., THE BOARD OF DIRECTORS OF TRINET HR III, INC., THE BOARD OF DIRECTORS OF TRINET HR IV, INC., THE INVESTMENT COMMITTEE OF TRINET GROUP, INC., and JOHN DOES 1-30,<br><br>Defendants. | Case No. 8:20-cv-02293-T-33TGW |

**DECLARATION IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND FED. R. CIV. P. 12(B)(6)**

I, Mark K. Gyandoh, on behalf of the Plaintiffs, declare as follows:

1. I have personal knowledge of the facts set forth below and, if called as witness, I could and would testify competently thereto.

2. I am a partner with the law firm of Capozzi Adler, P.C.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Motion to Dismiss Decision in *Dearing, et al. v. IQIVIA, Inc., et al.*, No 1:20-cv-00574-WO-JEP (ECF No. 30) (M.D.N.C. Sept. 21, 2021.

1

4. Attached hereto as Exhibit 2 is a true and correct copy of the Motion to Dismiss Decision in *Garcia v. Alticor, Inc.,* No. 1:20-cv-01078-PLM-PJG (ECF No. 22) (W.D. Mich. Aug. 9, 2021).

5. Attached hereto as Exhibit 3 is a true and correct copy of *McNeilly v. Spectrum Health Sys.*, No. 1:20-cv-00870-PLM-PJG (ECF No. 21) (W.D. Mich. July 16, 2021) (same).

6. Attached hereto as Exhibit 4 is a true and correct copy of *Bilello v. Estee Lauder, Inc., et al.*, No. 1:20-cv-04770-JMF (ECF No. 67) (S.D.N.Y., June 7, 2021) (same).

7. Attached hereto as Exhibit 5 is a true and correct copy of *Nunez v. B. Braun Medical, Inc.*, No. 5:20-cv-04195-EGS (ECF 49) (E.D. Pa. June 4, 2021).

8. Attached hereto as Exhibit 6 is a copy of the Janus Henderson Triton Fund Prospectus, Reference Date June 30, 2021.

I declare, pursuant to 28 U.S.C § 1746 and under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 15th day of October, 2021, in Merion Station, Pennsylvania.

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire.
312 Old Lancaster Road
Merion Station, PA 19066
markg@capozziadler.com

*Plaintiffs' Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2021 a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By: /s/ *Mark K. Gyandoh*
Mark K. Gyandoh, Esq.