UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHIQIONG HUANG, *et al.*,

        Plaintiffs,

v.

TRINET HR III, INC., *et al.*,

        Defendants.

CASE NO. 8:20-CV-02293

**NOTICE OF MEDIATION SCHEDULED**

**NOTICE IS HEREBY GIVEN** that mediation in the above-docketed matter has been scheduled for May 12, 2022, via zoom.

**MEDIATOR:**    Jack L. Townsend, Sr.
Law Office of Jack L. Townsend, Sr., P.A.
6408 East Fowler Avenue
Temple Terrace, FL  33617
(813) 914-7363
www.townsendmediation.com

Dated: November 1, 2021

Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh
Gabrielle P. Kelerchian
312 Old Lancaster Road
Merion Station, PA 19066
(610) 890-0200
markg@capozziadler.com
gabriellek@capozziadler.com

Donald R. Reavey
PA Attorney ID #82498
2933 North Front Street
Harrisburg, PA 17110
(717) 233-4101
donr@capozziadler.com

**LANDERS & STERNBERG PLLC**

Joseph M. Sternberg
722 West Smith Street
Orlando, FL 32804
(407) 495-1893
joseph@landersandsternberg.com


*Counsel for Plaintiffs and the Putative Class*

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2021, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By: /s/ *Mark K. Gyandoh*
Mark K. Gyandoh, Esq.