UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SHIQIONG HUANG et al.<br><br>Plaintiffs,<br><br>v.<br><br>TRINET HR III, INC., et al.<br><br>Defendants. | Case No. 8:20-cv-02293-T-33TGW<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to M.D. Fla. Local Rule 3.01(i), plaintiffs submit this notice of supplemental authority in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Preclude the Testimony of Plaintiffs' Expert Francis Vitagliano (ECFs No. 98 and 100).

**1. Citation to Authority**

*In Re Omnicom Grp. Inc. ERISA Litigation,* 1:20-cv-4141 (CM) (SLC) (S.D.N.Y Dec. 23, 2022) (attached as Exhibit A).

**2. Specification by Page, Paragraph, and Line of the Issue or Argument in the Earlier Papers that the Authority Supplements[1]**

- *Expert Testimony*

ECF No. 100: Section II. B. titled "The Report" beginning on Page 2, Paragraph No. 2, Lines 15 through 17, and ending on Page 3, Paragraph No. 1, Lines 3 through 10; Section IV.A. titled "Vitagliano Articulates a Discernable Methodology," beginning on Page 11, Paragraph No. 2, Lines 7 through 28, and ending on Page 12, Paragraph No. 1, Lines 1-7; Section IV.B. titled "Vitagliano's Opinion is Reliable" beginning on Page 15, Paragraph No. 2, Lines 33 through 37, and ending on Page 16; Paragraph No. 1, Lines 1 through 8; Section IV. C. titled "Vitagliano is qualified to offer his

---

[1] Page numbers refer to the page numbers at the bottom of the original documents and not the file-stamped page numbers generated by CM/ECF.

1

opinion that "TriNet engaged in a flawed RFP process," beginning on Page 16, Paragraph No. 3, Lines 10 through 23, and ending on Page 17, Paragraph No. 1, Lines 1 through 14.

- *Summary Judgment*

ECF No. 98: Section II titled "Legal Standard" Page 13, Paragraph No. 2, Lines 5 through 17; Section III.A. titled "The Committee's Process for Monitoring the Plan's Recordkeeping Fees Was Imprudent Thus Making Summary Judgment Inappropriate" beginning on Page 13, Paragraph No. 2, Lines 20 through 26, and ending on Page 14, Paragraph No. 1, Lines 1-4; Section III.A.1. titled "The Plans' Fee Arrangements with TransAmerica and MassMutual were Fraught with Missed Opportunities" beginning on Page 14, Paragraph No. 1, Lines 11 through 23, and ending on Page 15, Paragraph No. 1, Lines 1-3; Section III.A.2. titled "Plaintiffs Have Offered Evidence that the Plan Overpaid for Recordkeeping" beginning on Page 18, Paragraph No. 2, Lines 20 through 27, and ending on Page 19, Paragraph No. 2, Lines 1-16.

### 3. Succinct Quotation from the Authority

- *Expert Testimony*

"To the extent that Defendants believe Simon overlooked critical evidence in developing his opinions, that can be addressed on cross-examination and does not go to his ability to offer his testimony." *Id.* at 9 (citing *Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 597, 596(1993))*.

- *Summary Judgement*

"Again, genuine issues of material fact - including but not limited to factual questions abound about the Defendants' conduct and involvement in monitoring the recordkeeping fees; whether the Committee employed an appropriate method for obtaining lower recordkeeping fees; and whether those recordkeeping fees were reasonable - preclude summary judgment and warrant a trial." *Omnicom*, No. 1:20-cv-4141 (CM) (SLC), at *33.

"Plaintiffs' expert, Michael Geist, opines that Defendants' 2019 RFP for recordkeeping services was structured in a manner that dissuaded competitive recordkeeping fee bids. (See Geist Report 101-105, 229, 161-62, 172; Dkt. No. 142-20). Defendants disagree with Plaintiffs about how this evidence should be interpreted, but that simply points out why this case has to go to trial." *Id.* at 33.

Dated: January 10, 2023                    Respectfully submitted,

                                                              **CAPOZZI ADLER, P.C.**

                                                              */s/ Mark K. Gyandoh*
Mark K. Gyandoh
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com

Donald R. Reavey
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all attorneys of record.

/s/*Mark K. Gyandoh*