

## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### James A. Wells, Esq.

#### DATE OF ADMISSION

#### May 17, 1999

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: March 9, 2023

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk