UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHIQIONG HUANG, CHRIS R. STOKOWSKI,
EVERETT UHL, MARK J. HEARON,
and MARY T. PATTERSON, individually and
on behalf of all others similarly situated,

    Plaintiffs,

v.                                      CASE NO. 8:20-cv-2293-VMC-TGW

TRINET HR III, INC., TRINET HR IV,
INC., THE BOARD OF DIRECTORS OF
TRINET HR III, INC., THE BOARD OF
DIRECTORS OF TRINET HR IV, INC.,
THE INVESTMENT COMMITTEE OF
TRINET GROUP, INC. and JOHN DOES 1-30,

    Defendants.
_____/

## ORDER

    THIS CAUSE came on for consideration upon the Unopposed Motion for Special Admission (Doc. 111).

    Attorney James A. Wells requests to appear *pro hac vice* for the plaintiffs (id., p. 1). Mr. Wells has satisfied the requirements of Local Rule 2.01(c).

    It is, therefore, upon consideration,

    ORDERED:

    That the Unopposed Motion for Special Admission (Doc. 111) be, and the same is hereby, **GRANTED**. Accordingly, attorney James A. Wells is admitted

in this court *pro hac vice*.

DONE and ORDERED at Tampa, Florida, this 14th day of March, 2023.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE