# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SHIQIONG HUANG et al.<br><br>Plaintiffs,<br><br>v.<br><br>TRINET HR III, INC., et al.<br><br>Defendants. | Case No. 8:20-cv-02293-T-33TGW<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to M.D. Fla. Local Rule 3.01(i), plaintiffs submit this notice of supplemental authority in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. (ECF No. 100).

### 1. Citation to Authority

*McCool v. AHS Mgmt. Co., Inc.*, No. 3:19-CV-01158 (M.D. Tenn. Mar. 31, 2023).

### 2. Specification by Page, Paragraph, and Line of the Issue or Argument in the Earlier Papers that the Authority Supplements[1]

- *Summary Judgment*

ECF No. 98: Section II titled "Legal Standard" Page 13, Paragraph No. 2, Lines 5 through 17; Section III.A. titled "The Committee's Process for Monitoring the Plan's Recordkeeping Fees Was Imprudent Thus Making Summary Judgment Inappropriate" beginning on Page 13, Paragraph No. 2, Lines 20 through 26, and ending on Page 14, Paragraph No. 1, Lines 1-4; Section III.A.1. titled "The Plans' Fee Arrangements with TransAmerica and MassMutual were Fraught with Missed Opportunities" beginning on Page 14, Paragraph No. 1, Lines 11 through 23, and ending on Page 15, Paragraph No. 1, Lines 1-3; Section III.A.2. titled "Plaintiffs Have Offered Evidence that the Plan Overpaid for Recordkeeping" beginning on Page 18, Paragraph No. 2, Lines 20 through 27, and ending on Page 19, Paragraph No. 2, Lines 1-16.

---

[1] Page numbers refer to the page numbers at the bottom of the original documents and not the file-stamped page numbers generated by CM/ECF.

### 3. Succinct Quotation from the Authority

- *Summary Judgment*

"The foregoing evidence does not demonstrate an absence of evidence to support Plaintiffs' claims, as required to shift the burden to Plaintiffs as the nonmoving party." *McCool*, No. 8:20-cv-02293-T-33TGW, at 4 (referring to Defendants' quarterly meetings, reviewing prepared reports, and having an investment policy statement).

"Indeed, genuine issues of material fact – including but not limited to factual questions about Defendants' conduct and involvement in monitoring the recordkeeping fees, whether the Committee's reliance on the benchmarking reports was reasonable, and whether the recordkeeping fees were reasonable – preclude summary judgment on the recordkeeping fees claim." *Id*. at 6.

"Plaintiffs also point to their expert's opinions that the recordkeeping fees should have been $7 lower per participant, per year. (*See id*. ¶ 76). Viewing the evidence in the record in the light most favorable to Plaintiffs, a reasonable juror could find that the Committee's process for monitoring recordkeeping fees was imprudent." *Id*.

Dated: April 3, 2023                              Respectfully submitted,

                                                                     **CAPOZZI ADLER, P.C.**

                                                                     */s/ Mark K. Gyandoh*
                                                                       Mark K. Gyandoh
                                                                       312 Old Lancaster Road
                                                                       Merion Station, PA 19066
                                                                       Telephone: (610) 890-0200
                                                                       Facsimile: (717) 233-4103
                                                                       Email: markg@capozziadler.com

                                                                       Donald R. Reavey
                                                                       2933 North Front Street
                                                                       Harrisburg, PA 17110
                                                                       Telephone: (717) 233-4101
                                                                       Facsimile: (717) 233-4103
                                                                       Email: donr@capozziadler.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all attorneys of record.

*/s/Mark K. Gyandoh*
Mark K. Gyandoh
