# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| SHIQIONG HUANG, *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> TRINET HR III, INC., *et al.* <br><br> Defendant. | CASE NO. 8:20-cv-02293 <br><br> **DECLARATION OF WILLIAM D. POLLAK, ESQ. IN SUPPORT OF DEFENDANTS' BILL OF COSTS** |

I, WILLIAM D. POLLAK, ESQ., declare and state as follows:

1. I am an attorney with O'Melveny & Myers LLP, counsel to defendants, TriNet HR III, Inc., The Board of Directors of TriNet HR III, Inc., The Board of Directors of TriNet HR IV, Inc., and the Retirement Committee of TriNet Group, Inc. ("Defendants") in the above-styled action. I submit this declaration under 28 U.S.C. § 1746 in support of Defendants' Bill of Costs. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would testify completely thereto.

2. To the best of my knowledge and belief, the court reporter services listed in the table below are correct and have been necessarily incurred in the defense of this action. Both defendants and plaintiffs prepared deposition designations for Edward Griese, James Franzone, Sheryl Southwick, and all four named plaintiffs for use at trial. Invoices for these court reporter costs

1

are attached as Exhibits A, B, and D – O to this declaration.

3. Attached as Exhibits C and P to this declaration are invoices issued for mediation services performed by Jack L. Townsend, Sr.

4. The following table reflects the invoices, attached as Exhibits to this declaration, for which defendants are seeking reimbursement as part of this bill of costs.

| EXHIBIT | INVOICE DATE | DESCRIPTION | COST |
|---|---|---|---|
| A | 4/19/22 | Deposition Transcript of C. Stokowski | $2,210.35 |
| B | 4/20/22 | Deposition Transcript of S. Huang | $2,716.50 |
| C | 4/20/22 | Mediation Services Provided by Jack Townsend, Sr. | $850.00 |
| D | 4/23/22 | Deposition Transcript of C. Stokowski | $1,139.00 |
| E | 4/25/22 | Deposition Transcript of S. Huang | $1,139.00 |
| F | 4/26/22 | Deposition Transcript of E. Uhl | $2,379.95 |
| G | 4/28/22 | Deposition Transcript of S. Southwick | $1,216.30 |
| H | 4/28/22 | Deposition Transcript of E. Uhl | $1,039.00 |

| I | 5/3/22 | Deposition Transcript of J. Franzone | $1,367.30 |
|---|---|---|---|
| J | 5/3/22 | Deposition Transcript of M. Hearon | $1,811.65 |
| K | 5/5/2022 | Deposition Transcript of E. Griese | $1,007.50 |
| L | 5/6/2022 | Deposition Transcript of E. Griese | $325.00 |
| M | 5/11/2022 | Deposition Transcript of M. Hearon | $787.00 |
| N | 5/17/2022 | Deposition Transcript of M. Patterson | $1,743.15 |
| O | 5/17/2022 | Deposition Transcript of M. Patterson | $787.00 |
| P | 7/12/2022 | Deposition Transcript of J. Conrad | $567.10 |
| Q | 7/14/2022 | Deposition Transcript of S. Case | $903.30 |
| R | 7/14/2022 | Deposition Transcript of J. Conrad | $295.00 |
| S | 7/19/2022 | Deposition Transcript of F. Vitagliano | $3,820.40 |
| T | 7/19/2022 | Deposition Transcript of F. Vitagliano | $1,867.00 |
| U | 7/19/2022 | Deposition Transcript of P. Swisher | $1,087.65 |

| V | 12/12/22 | Mediation Services Provided by Jack Townsend, Sr. | $800 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 10th day of May 2023.

_____
William D. Pollak
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
wpollak@omm.com
Phone: (212) 326-2000
Fax: (212) 326-2061

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing this 10th day of May, 2023, to all counsel of record in this litigation.

_____
William D. Pollak
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
wpollak@omm.com
Phone: (212) 326-2000
Fax: (212) 326-2061