# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| SHIQIONG HUANG, *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> TRINET HR III, INC., *et al.* <br><br> Defendant. | 8:20-CV-02293-VMC-TGW <br><br> **DEFENDANTS' NOTICE OF WITHDRAWAL OF BILL OF COSTS** |

WHEREFORE, on May 10, 2023, Defendants filed a proposed Bill of Costs (ECF No. 121) and Memorandum of Law in support thereof (ECF No. 122), following the Court's entry of Judgment in Defendants' favor on all claims (ECF Nos. 119–120);

Defendants hereby respectfully withdraw their proposed Bill of Costs, as they no longer seek costs from Plaintiffs in connection with these proceedings.

1

2

| | |
|---|---|
| Dated:  May 30, 2023 | Respectfully submitted, |
| | By: */s/ William Pollak* |
| Sacha Dyson | Catalina Vergara (*pro hac vice*) |
| GRAY ROBINSON, P.A. | Brian D. Boyle (*pro hac vice*) |
| 401 East Jackson Street | William Pollak (*pro hac vice*) |
| Tampa, FL 33602 | Alex Reed (*pro hac vice*) |
| (813) 273–5000 | O'MELVENY & MYERS LLP |
| sacha.dyson@gray-robinson.com | 1625 Eye Street, N.W. |
| | Washington, D.C. 20006 |
| | (202) 383–5300 |
| | bboyle@omm.com |
| | cvergara@omm.com |
| | wpollak@omm.com |
| | areed@omm.com |
| | *Attorneys for the Defendants* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing this 30th day of May, 2023, to all counsel in the litigation.

/s/ *William Pollak*
William Pollak